**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: REALTY & SERVICES GROUP INC.         §        Case No. 16-45643-ESS
                                            §
                                            §
                                            §
          Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Lori Lapin Jones, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,067,676.26 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $227,519.82 | | |

3) Total gross receipts of $1,295,196.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,295,196.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $953,424.00 | $1,100,597.58 | $1,066,356.15 | $1,066,356.15 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $227,412.55 | $226,842.57 | $226,842.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $677.25 | $677.25 | $677.25 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,300.92 | $1,300.92 | $1,300.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $268,591.00 | $19.19 | $19.19 | $19.19 |
| **TOTAL DISBURSEMENTS** | $1,222,015.00 | $1,330,007.49 | $1,295,196.08 | $1,295,196.08 |

4) This case was originally filed under chapter 11 on 12/15/2016, and it was converted to chapter 7 on 04/21/2017. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2019     By: /s/ Lori Lapin Jones, Trustee
                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit and Prepayments | 1129-000 | $0.00 |
| 207 Kosciuszko St, Brooklyn, NY 11216-4644, Fee Simple | 1110-000 | $1,230,333.60 |
| RENTS | 1222-000 | $56,179.48 |
| Turnover of DIP Account | 1290-010 | $8,683.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,295,196.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Heating Oil | 4120-000 | NA | $5,800.00 | $5,800.00 | $5,800.00 |
| | NYC Department of Finance | 4700-000 | NA | $57.46 | $57.46 | $57.46 |
| | NYCTL 2017-A Trust | 4700-000 | NA | -$4.46 | -$4.46 | -$4.46 |
| | NYCTL 2017-A Trust MTAG | 4700-000 | NA | $9,053.46 | $9,053.46 | $9,053.46 |
| 1 | New York City Water BoardAndrew Rettig Assistant Counsel | 4110-000 | NA | $12,313.23 | $460.31 | $460.31 |
| 6 | NYC Office of Administrative Trials and Hearings | 4110-000 | NA | $324.88 | $126.48 | $126.48 |
| 8 | HSBC Bank USA, N.A. Trustee (See 410)c/o Specialized Loan Servicing LLC | 4110-000 | $953,424.00 | $1,017,879.43 | $996,560.36 | $996,560.36 |
| 11 | New York City Dept of Finance | 4110-000 | NA | $871.04 | $0.00 | $0.00 |
| LIBERTY | Liberty Holdings NYC, LLC | 4110-000 | NA | $54,302.54 | $54,302.54 | $54,302.54 |
| | **TOTAL SECURED** | | **$953,424.00** | **$1,100,597.58** | **$1,066,356.15** | **$1,066,356.15** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lori Lapin Jones, Chapter 7 Trustee | 2100-000 | NA | $276.54 | $276.54 | $276.54 |
| Trustee, Fees - Lori Lapin Jones | 2100-000 | NA | $60,138.90 | $60,138.90 | $60,138.90 |
| Trustee, Expenses - Lori Lapin Jones | 2200-000 | NA | $406.41 | $406.41 | $406.41 |
| Auctioneer Fees - M.Y.C. ASSOCIATES | 3610-000 | NA | $49,200.00 | $49,200.00 | $49,200.00 |
| Auctioneer Expenses - M.Y.C. ASSOCIATES | 3620-000 | NA | $218.40 | $218.40 | $218.40 |
| Fees, United States Trustee | 2950-000 | NA | $1,625.00 | $1,625.00 | $1,625.00 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $4.10 | $4.10 |
| Insurance - Lantern Brokerage | 2420-750 | NA | $732.91 | $732.91 | $732.91 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Chapter 7 Operating Case Expenses - AP Tek Restoration Inc. | 2690-000 | NA | $7,750.00 | $7,750.00 | $7,750.00 |
| Chapter 7 Operating Case Expenses - Con Edison | 2690-000 | NA | $132.52 | $132.52 | $132.52 |
| Chapter 7 Operating Case Expenses - ConEdison | 2690-000 | NA | -$96.35 | -$96.35 | -$96.35 |
| Chapter 7 Operating Case Expenses - Interstate Fire & Safety Company, Inc. | 2690-000 | NA | $384.13 | $384.13 | $384.13 |
| Chapter 7 Operating Case Expenses - National Grid | 2690-000 | NA | $307.49 | $307.49 | $307.49 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service | 2810-000 | NA | $576.54 | $0.00 | $0.00 |
| Other State or Local Taxes (post-petition) - NYC Department of Finance | 2820-000 | NA | $50.00 | $50.00 | $50.00 |
| Other State or Local Taxes (post-petition) - NYS Corporate Tax | 2820-000 | NA | $175.00 | $175.00 | $175.00 |
| Other State or Local Taxes (post-petition) - NYS Corporation Tax | 2820-000 | NA | $25.00 | $25.00 | $25.00 |
| Other State or Local Taxes (post-petition) - New York State Department of Taxation & Finance | 2820-000 | NA | $226.17 | $226.17 | $226.17 |
| Other Chapter 7 Administrative Expenses - AP Tek Restoration | 2990-000 | NA | $2,850.00 | $2,850.00 | $2,850.00 |
| Other Chapter 7 Administrative Expenses - AP Tek Restoration Inc | 2990-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| Other Chapter 7 Administrative Expenses - AP Tek Restoration Inc. | 2990-000 | NA | $1,575.00 | $1,575.00 | $1,575.00 |
| Other Chapter 7 Administrative Expenses - Con Edison | 2990-000 | NA | $254.10 | $254.10 | $254.10 |
| Other Chapter 7 Administrative Expenses - Lantern Brokerage | 2990-000 | NA | $1,860.10 | $1,860.10 | $1,860.10 |
| Other Chapter 7 Administrative Expenses - M.Y.C. & Associates, Inc. | 2990-000 | NA | $418.74 | $418.74 | $418.74 |
| Other Chapter 7 Administrative Expenses - NYC Department of Finance | 2990-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Other Chapter 7 Administrative Expenses - National Grid | 2990-000 | NA | $604.58 | $604.58 | $604.58 |
| Other Chapter 7 Administrative Expenses - Nationalgrid | 2990-000 | NA | $608.48 | $608.48 | $608.48 |
| Other Chapter 7 Administrative Expenses - Yoel Y. Rosenberg | 2990-000 | NA | $3,682.42 | $3,682.42 | $3,682.42 |
| Other Chapter 7 Administrative Expenses - conEdison | 2990-000 | NA | $70.03 | $70.03 | $70.03 |
| Other Chapter 7 Administrative Expenses - nationalgrid | 2990-000 | NA | $695.81 | $695.81 | $695.81 |
| Attorney for Trustee Fees (Other Firm) - LAMONICA HERBST & MANISCALCO LLP | 3210-000 | NA | $67,461.17 | $67,463.63 | $67,463.63 |
| Attorney for Trustee Expenses (Other Firm) - LAMONICA, HERBST & MANISCALCO, LLP | 3220-000 | NA | $1,403.46 | $1,403.46 | $1,403.46 |
| Accountant for Trustee Fees (Other Firm) - JOSEPH A. BRODERICK P.C. | 3410-000 | NA | $7,800.00 | $7,800.00 | $7,800.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$227,412.55** | **$226,842.57** | **$226,842.57** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses - Con Edison | 6950-000 | NA | $80.79 | $80.79 | $80.79 |
| Other Prior Chapter Administrative Expenses - MYC & Associates, Inc. | 6990-000 | NA | $88.44 | $88.44 | $88.44 |
| Other Operating Expenses (Chapter 12 or 13) - Nationalgrid | 6950-710 | NA | $508.02 | $508.02 | $508.02 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$677.25** | **$677.25** | **$677.25** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-2 | Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 5 | NYC Department of FinanceTax, Audit and Enforcement Division | 5800-000 | NA | $1,275.92 | $1,275.92 | $1,275.92 |
| 10 | New York State Department of Taxation & Finance Bankruptcy Section | 5800-000 | NA | $25.00 | $25.00 | $25.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,300.92** | **$1,300.92** | **$1,300.92** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Consolidated Edison Company of New York, Inc. | 7100-000 | NA | $19.19 | $19.19 | $19.19 |
| 4-2 | Consolidated Edison Company of New York, Inc. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Dream Builders Investments LLC | 7100-000 | $199,000.00 | NA | NA | NA |
| N/F | NYC Dep't Finance | 7100-000 | $9,653.00 | NA | NA | NA |
| N/F | NYC Dept of Finance | 7100-000 | $13,138.00 | NA | NA | NA |
| N/F | NYC Envtl Control Board | 7100-000 | $46,800.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$268,591.00** | **$19.19** | **$19.19** | **$19.19** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-45643-ESS  
**Case Name:** REALTY & SERVICES GROUP INC.  
**Trustee Name:** (521860) Lori Lapin Jones  
**Date Filed (f) or Converted (c):** 04/21/2017 (c)  
**§ 341(a) Meeting Date:** 06/08/2017  
**For Period Ending:** 04/07/2019  
**Claims Bar Date:** 02/05/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deposit and Prepayments | 8,668.00 | 6,830.00 | | 0.00 | FA |
| 2 | 207 Kosciuszko St, Brooklyn, NY 11216-4644, Fee Simple | 1,500,000.00 | 1,230,000.00 | | 1,230,333.60 | FA |
| 3 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 4 | Turnover of DIP Account (u) | 0.00 | 8,683.00 | | 8,683.00 | FA |
| 5 | RENTS (u) | 0.00 | 0.00 | | 56,179.48 | FA |
| 6 | VOID | VOID | VOID | VOID | VOID | VOID |
| **6** | **Assets Totals (Excluding unknown values)** | **$1,508,668.00** | **$1,245,513.00** | | **$1,295,196.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/26/17 - Appointed successor Trustee.
5/26/17 - Order approving employment of attorneys.
6/6/17 - Request bar date.
8/10/17 - File 2004 application - second mortgage.
9/5/17 - Bar date.
9/7/17 - Order granting 2004 application.
11/3/17 - Conducted 341 meeting.
11/7/17 - File motion to approve sale and agreement with second mortgagee.
11/30/17 - File motion to approve retention of broker.
12/1/17 - Order approving retention of broker.
12/12/17 - Order approving motion for authority to sell and agreement with second mortgagee and to operate and use cash.
12/13/17 - File motion to set Chapter 11 administrative bar date.
12/18/17 - Order entered setting Chapter 11 bar date.
1/9/18 - Order approving employment of accountant.
2/22/18 - Auction sale.
3/9/18 - File quarterly cash receipts/disbursements report.
4/22/18 - Order confirming Sale.
5/15/18 - Closing on Sale.
5/16 and 5/29/18 - Pay first lender.
7/2/18 - File tax returns.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018  **Current Projected Date Of Final Report (TFR):** 07/30/2018 (Actual)

# Form 2

# Cash Receipts And Disbursements Record

Exhibit 9  
Page: 1

| **Case No.:** | 16-45643-ESS | **Trustee Name:** | Lori Lapin Jones (521860) |
|---|---|---|---|
| **Case Name:** | REALTY & SERVICES GROUP INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2137 | **Account #:** | ******9500 Checking - Security Deposits |
| **For Period Ending:** | 04/07/2019 | **Blanket Bond (per case limit):** | $47,747,648.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/17 | {1} | ANM Management LLC | Security deposits | 1129-000 | 6,630.00 | | 6,630.00 |
| 05/14/18 | 101 {1} | Yoel Y. Rosenberg | Turnover of security deposits in connection with the sale of the property | 1129-000 | -6,630.00 | | 0.00 |
| | | | **COLUMN TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | **0.00** | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | **0.00** | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**                                                                 *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-45643-ESS | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | REALTY & SERVICES GROUP INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2137 | Account #: | ******9501 Turnover of DIP funds |
| For Period Ending: | 04/07/2019 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/19/17 | {4} | Realty Services Group Inc. | Turnover of DIP account | 1290-010 | 8,683.00 | | 8,683.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,673.00 |
| 01/03/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -10.00 | 8,683.00 |
| 01/03/18 | 201 | Lantern Brokerage | First installment insurance premium | 2990-000 | | 1,005.05 | 7,677.95 |
| 01/08/18 | 202 | Realty Services Group Inc. | Payment pursuant to Court Order - reimbursement for plumbing parts and smoke detectors Voided on 01/08/2018 | 2990-004 | | 418.74 | 7,259.21 |
| 01/08/18 | 202 | Realty Services Group Inc. | Payment pursuant to Court Order - reimbursement for plumbing parts and smoke detectors Voided on 01/08/2018 | 2990-004 | | -418.74 | 7,677.95 |
| 01/08/18 | 203 | Con Edison | Utilities payment pursuant to Court Order Acct. No. **-****-****-*006-8 | 2990-000 | | 182.85 | 7,495.10 |
| 01/08/18 | 204 | M.Y.C. & Associates, Inc. | Payment pursuant to Court Order Reimbursement for plumbing parts and smoke detectors | 2990-000 | | 418.74 | 7,076.36 |
| 01/12/18 | 205 | International Sureties, Ltd. | Bond No. 016027942 - period 1/1/18 - 1/1/19 | 2300-000 | | 4.10 | 7,072.26 |
| 01/19/18 | 206 | Interstate Fire & Safety Company, Inc. | Fire extinguishers and labor | 2690-000 | | 384.13 | 6,688.13 |
| 01/19/18 | 207 | National Grid | utilities - Account No. *****-*2917 | 2990-000 | | 604.58 | 6,083.55 |
| 02/05/18 | 208 | Nationalgrid | utilities (heat) | 6950-710 | | 508.02 | 5,575.53 |
| 02/05/18 | 209 | MYC & Associates, Inc. | Payment for plumbing repair work | 6990-000 | | 88.44 | 5,487.09 |
| 02/12/18 | 210 | Con Edison | Utilities - Account No. **-****-****-*006-8 | 6950-000 | | 80.79 | 5,406.30 |
| 03/06/18 | 211 | Lantern Brokerage | Realty & Services Group insurance (second installment) Invoice # 1596 | 2990-000 | | 855.05 | 4,551.25 |
| 03/06/18 | 212 | nationalgrid | Account # *****-*2917 | 2990-000 | | 695.81 | 3,855.44 |
| 03/06/18 | 213 | AP Tek Restoration | Plumbing Repair Work (Ref: 2018-21) | 2990-000 | | 2,850.00 | 1,005.44 |
| 03/09/18 | 214 | conEdison | Account No. **-*********-*006-8 | 2990-000 | | 70.03 | 935.41 |
| 09/24/18 | | To Account #******9503 | transfer to write checks | 9999-000 | | 935.41 | 0.00 |
| | | | **Page Subtotals:** | | **$8,683.00** | **$8,683.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Case 1-16-45643-ess    Doc 74    Filed 04/23/19    Entered 04/23/19 11:01:58

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-45643-ESS | **Trustee Name:** | Lori Lapin Jones (521860) | |
| **Case Name:** | REALTY & SERVICES GROUP INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2137 | **Account #:** | ******9501 Turnover of DIP funds | |
| **For Period Ending:** | 04/07/2019 | **Blanket Bond (per case limit):** | $47,747,648.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 8,683.00 | 8,683.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 935.41 | |
| | | | **Subtotal** | | 8,683.00 | 7,747.59 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,683.00** | **$7,747.59** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| **Case No.:** | 16-45643-ESS | **Trustee Name:** | Lori Lapin Jones (521860) |
|---|---|---|---|
| **Case Name:** | REALTY & SERVICES GROUP INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2137 | **Account #:** | ******9502 RENTS |
| **For Period Ending:** | 04/07/2019 | **Blanket Bond (per case limit):** | $47,747,648.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/19/18 | {5} | Jelisa R. Blumberg | January 2018 rent | 1222-000 | 1,000.00 | | 1,000.00 |
| 01/19/18 | {5} | Emily V. Watson | January rent | 1222-000 | 2,150.00 | | 3,150.00 |
| 01/19/18 | {5} | Colleen Tuite | 207 Kosciuszko St. #3 January rent | 1222-000 | 2,340.00 | | 5,490.00 |
| 01/19/18 | {5} | Patricia & Christopher Chavez | January 2018 - rent 207 Kosc, #1 | 1222-000 | 1,225.00 | | 6,715.00 |
| 02/12/18 | {5} | Emily Watson | February rent | 1222-000 | 2,150.00 | | 8,865.00 |
| 02/12/18 | {5} | Colleen Tuite | February rent | 1222-000 | 1,815.00 | | 10,680.00 |
| 02/20/18 | {5} | Jelisa R Blumberg | February rent | 1222-000 | 1,000.00 | | 11,680.00 |
| 02/20/18 | {5} | Christopher J Chavez | February rent | 1222-000 | 1,225.00 | | 12,905.00 |
| 03/12/18 | 101 | AP Tek Restoration Inc | Deposit for roof repair (Ref 2018-09) | 2990-000 | | 1,000.00 | 11,905.00 |
| 03/13/18 | {5} | Colleen Tuite | Rent for Unit 3 | 1222-000 | 2,106.00 | | 14,011.00 |
| 03/13/18 | {5} | Emily V. Watson | Rent for Unit 2 | 1222-000 | 2,150.00 | | 16,161.00 |
| 03/13/18 | 102 | AP Tek Restoration Inc. | Balance on roof repair (Ref. 2018-09) | 2690-000 | | 1,500.00 | 14,661.00 |
| 03/13/18 | 103 | AP Tek Restoration Inc. | New Boiler (Ref: 2018-09) | 2690-000 | | 6,250.00 | 8,411.00 |
| 03/19/18 | {5} | Emily V. Watson | Reversal of Deposit dated 3/13/2018; Deposit Item Returned | 1222-000 | -2,150.00 | | 6,261.00 |
| 03/20/18 | {5} | Colleen Tuite | Reversal of Deposit dated 3/13/2018; Deposit Item Returned | 1222-000 | -2,106.00 | | 4,155.00 |
| 03/29/18 | {5} | Emily V. Watson | March rent - minus days without heat | 1222-000 | 1,501.50 | | 5,656.50 |
| 03/29/18 | {5} | Colleen Tuite | March rent | 1222-000 | 1,608.00 | | 7,264.50 |
| 03/29/18 | {5} | Jelisa Blumberg | March rent - prorated | 1222-000 | 717.50 | | 7,982.00 |
| 03/29/18 | {5} | Christopher Chavez | March rent | 1222-000 | 857.50 | | 8,839.50 |
| 04/13/18 | {5} | Emily Watson | April rent | 1222-000 | 2,150.00 | | 10,989.50 |
| 04/13/18 | {5} | Colleen Tuite | April rent | 1222-000 | 2,340.00 | | 13,329.50 |
| 04/16/18 | 104 | Nationalgrid | Account No. *****-*2917 | 2990-000 | | 519.40 | 12,810.10 |
| 04/16/18 | 105 | Con Edison | 63-3322-4565-0006-B | 2990-000 | | 71.25 | 12,738.85 |
| 04/24/18 | {5} | Jelisa R. Blumberg | April rent | 1222-000 | 1,025.00 | | 13,763.85 |
| 04/24/18 | {5} | Patricia & Christopher Chavez | April rent | 1222-000 | 1,225.00 | | 14,988.85 |
| 05/03/18 | 106 | Lantern Brokerage | Insurance (Invoice #1662) | 2420-750 | | 732.91 | 14,255.94 |
| 05/08/18 | 107 | Con Edison | Acct. No. **-****-****-***-8207 Kosciusko Street | 2690-000 | | 132.52 | 14,123.42 |
| 05/08/18 | 108 | National Grid | Acct. No. *****-*2917 | 2690-000 | | 307.49 | 13,815.93 |
| 05/14/18 | {5} | Emily Watson | May rent | 1222-000 | 2,150.00 | | 15,965.93 |
| | | | **Page Subtotals:** | | **$26,479.50** | **$10,513.57** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| **Case No.:** | 16-45643-ESS | **Trustee Name:** | Lori Lapin Jones (521860) |
|---|---|---|---|
| **Case Name:** | REALTY & SERVICES GROUP INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***2137 | **Account #:** | ******9502 RENTS |
| **For Period Ending:** | 04/07/2019 | **Blanket Bond (per case limit):** | $47,747,648.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/14/18 | {5} | Colleen Tuite | May rent | 1222-000 | 2,340.00 | | 18,305.93 |
| 05/15/18 | 109 | AP Tek Restoration Inc. | Repairs - 207 Kosciusko Street | 2990-000 | | 1,575.00 | 16,730.93 |
| 05/16/18 | 110 | New York City Water Board | Account No. *******5001 | 4110-000 | | 70.20 | 16,660.73 |
| 05/18/18 | 111 | Nationalgrid | Account No. *****-*2917 (final bill) | 2990-000 | | 89.08 | 16,571.65 |
| 05/22/18 | {5} | Patricia and Christopher Chavez | May rent | 1222-000 | 2,225.00 | | 18,796.65 |
| 05/25/18 | 112 | Yoel Y. Rosenberg | Allocation of May 2018 rent for Colleen Tuite and Emily Watson | 2990-000 | | 2,462.26 | 16,334.39 |
| 05/29/18 | 113 | New York City Water Board | Title Meter Reading for Acct. No. **********0001 | 4110-000 | | 390.11 | 15,944.28 |
| 06/04/18 | 114 | Yoel Y. Rosenber | Allocation of May 2018 rent Voided on 06/04/2018 | 2990-004 | | 1,220.16 | 14,724.12 |
| 06/04/18 | 114 | Yoel Y. Rosenber | Allocation of May 2018 rent Voided on 06/04/2018 | 2990-004 | | -1,220.16 | 15,944.28 |
| 06/04/18 | 115 | Yoel Y. Rosenberg | Allocation of May 2018 rent | 2990-000 | | 1,220.16 | 14,724.12 |
| 06/22/18 | {5} | ANM Management LLC | Presale rent proceeds turned over by Debtor's management company | 1222-000 | 25,134.98 | | 39,859.10 |
| 07/02/18 | 116 | NYC Department of Finance | NYC 3L - Realty Services Group, LLC - EIN# 46-3112137 - Year 2017 | 2820-000 | | 25.00 | 39,834.10 |
| 07/02/18 | 117 | NYS Corporation Tax | CT 35 - Realty & Services Group, Inc. - EIN #46-3112137 - Year 2017 | 2820-000 | | 25.00 | 39,809.10 |
| 07/02/18 | 118 | NYC Department of Finance | NYC 3-L - Realty & Services Group Inc. EIN# 46-3112137 - Year 2018 | 2820-000 | | 25.00 | 39,784.10 |
| 07/02/18 | 119 | NYS Corporate Tax | CT 35 - Realty & Services Group Inc. - EIN#46-3112137 - Year 2018 | 2820-000 | | 175.00 | 39,609.10 |
| 07/09/18 | | ConEdison | refunds | 2690-000 | | -96.35 | 39,705.45 |
| 09/24/18 | | To Account #******9503 | transfer to write checks | 9999-000 | | 39,705.45 | 0.00 |
| | | **COLUMN TOTALS** | | | 56,179.48 | 56,179.48 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 39,705.45 | |
| | | **Subtotal** | | | 56,179.48 | 16,474.03 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$56,179.48** | **$16,474.03** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 16-45643-ESS | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | REALTY & SERVICES GROUP INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2137 | Account #: | ******9503 SALE DEPOSIt |
| For Period Ending: | 04/07/2019 | Blanket Bond (per case limit): | $47,747,648.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/12/18 | {2} | Yoel Y. Rosenberg and Chaya Rosenberg | Sale deposit | 1110-000 | 123,000.00 |  | 123,000.00 |
| 05/15/18 | {2} | Yoel Yl Rosenberg or Chaya Rosenberg | Sale proceeds | 1110-000 | 248,946.50 |  | 371,946.50 |
| 05/15/18 | {2} | The Law Firm of Ryan J Walsh & Associates, Attorney Trust Account | Sale proceeds | 1110-000 | 858,387.10 |  | 1,230,333.60 |
| 05/15/18 | 101 | NYC Department of Finance | Block 1780; Lot 59 207 Kosciuszko Street ECB Violations per Court Order | 2990-000 |  | 15,000.00 | 1,215,333.60 |
| 05/16/18 | 102 | Home Heating Oil | Payoff of UCC lien | 4120-000 |  | 5,800.00 | 1,209,533.60 |
| 05/16/18 | 103 | NYCTL 2017-A Trust MTAG | Lien #1796147/Account No. *-*****-0059, SBL 3-1780-59 | 4700-000 |  | 9,053.46 | 1,200,480.14 |
| 05/16/18 | 104 | NYC Department of Finance | Warrant # S0000015210756 and Warrant # S0000014242381 | 4700-000 |  | 57.46 | 1,200,422.68 |
| 05/16/18 |  | Wells Fargo | Paying off mortgage pursuant to short sale | 4110-000 |  | 995,671.28 | 204,751.40 |
| 05/29/18 |  | Wells Fargo | Paying off mortgage pursuant to short sale. Loan #:101206535 | 4110-000 |  | 889.08 | 203,862.32 |
| 08/20/18 |  | NYCTL 2017-A Trust | Refund on tax lien (re: check number 103) | 4700-000 |  | -4.46 | 203,866.78 |
| 09/24/18 |  | To Account #******9503 | transfer to write checks | 9999-000 | 39,705.45 |  | 243,572.23 |
| 09/24/18 |  | To Account #******9503 | transfer to write checks | 9999-000 | 935.41 |  | 244,507.64 |
| 09/24/18 | 105 | Liberty Holdings NYC, LLC | Distribution payment - Dividend paid at 100.00% of $54,302.54; Claim # LIBERTY; Filed: $54,302.54 Stopped on 01/25/2019 | 4110-005 |  | 54,302.54 | 190,205.10 |
| 09/24/18 | 106 | NYC Office of Administrative Trials and Hearings | Distribution payment - Dividend paid at 100.00% of $126.48; Claim # 6; Filed: $324.88 | 4110-000 |  | 126.48 | 190,078.62 |
| 09/24/18 | 107 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $60,138.90; Claim # FEE; Filed: $60,136.90 | 2100-000 |  | 60,138.90 | 129,939.72 |
| 09/24/18 | 108 | Lori Lapin Jones | Distribution payment - Dividend paid at 100.00% of $406.41; Claim # TE; Filed: $406.41 | 2200-000 |  | 406.41 | 129,533.31 |
| 09/24/18 | 109 | LAMONICA, HERBST & MANISCALCO, LLP | Distribution payment - Dividend paid at 100.00% of $1,403.46; Claim # ; Filed: $1,403.46 | 3220-000 |  | 1,403.46 | 128,129.85 |
| 09/24/18 | 110 | LAMONICA HERBST & MANISCALCO LLP | Distribution payment - Dividend paid at 100.00% of $67,163.63; Claim # ; Filed: $67,161.17 | 3210-000 |  | 67,163.63 | 60,966.22 |
| 09/24/18 | 111 | JOSEPH A. BRODERICK P.C. | Distribution payment - Dividend paid at 100.00% of $7,800.00; Claim # ; Filed: $7,800.00 | 3410-000 |  | 7,800.00 | 53,166.22 |
| 09/24/18 | 112 | M.Y.C. ASSOCIATES | Distribution payment - Dividend | 3610-000 |  | 49,200.00 | 3,966.22 |

Page Subtotals: $1,270,974.46    $1,267,008.24

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| Case No.: | 16-45643-ESS | Trustee Name: | Lori Lapin Jones (521860) |
|---|---|---|---|
| Case Name: | REALTY & SERVICES GROUP INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***2137 | Account #: | ******9503 SALE DEPOSIt |
| For Period Ending: | 04/07/2019 | Blanket Bond (per case limit): | $47,747,648.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | paid at 100.00% of $49,200.00; Claim # ; Filed: $49,200.00 | | | | |
| 09/24/18 | 113 | M.Y.C. ASSOCIATES | Distribution payment - Dividend paid at 100.00% of $218.40; Claim # ; Filed: $218.40 | 3620-000 | | 218.40 | 3,747.82 |
| 09/24/18 | 114 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $1,300.00; Claim # 7; Filed: $1,300.00 | 2950-000 | | 1,300.00 | 2,447.82 |
| 09/24/18 | 115 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $576.54; Claim # 9; Filed: $576.54 Voided on 11/02/2018 | 2810-004 | | 576.54 | 1,871.28 |
| 09/24/18 | 116 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $325.00; Claim # 12; Filed: $325.00 | 2950-000 | | 325.00 | 1,546.28 |
| 09/24/18 | 117 | New York State Department of Taxation & Finance | Distribution payment - Dividend paid at 100.00% of $226.17; Claim # 13; Filed: $226.17 | 2820-000 | | 226.17 | 1,320.11 |
| 09/24/18 | 118 | NYC Department of FinanceTax, Audit and Enforcement Division | Distribution payment - Dividend paid at 100.00% of $1,275.92; Claim # 5; Filed: $1,275.92 | 5800-000 | | 1,275.92 | 44.19 |
| 09/24/18 | 119 | New York State Department of Taxation & Finance Bankruptcy Section | Distribution payment - Dividend paid at 100.00% of $25.00; Claim # 10; Filed: $25.00 | 5800-000 | | 25.00 | 19.19 |
| 09/24/18 | 120 | Consolidated Edison Company of New York, Inc. | Distribution payment - Dividend paid at 100.00% of $19.19; Claim # 2; Filed: $19.19 | 7100-000 | | 19.19 | 0.00 |
| 11/02/18 | 115 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $576.54; Claim # 9; Filed: $576.54 Voided on 11/02/2018 | 2810-004 | | -576.54 | 576.54 |
| 11/02/18 | 121 | Lori Lapin Jones, Chapter 7 Trustee | Partial distribution from check #115, per Court Order | 2100-000 | | 276.54 | 300.00 |
| 11/02/18 | 122 | LAMONICA HERBST & MANISCALCO LLP | Partial distribution from check #115, per Court Order | 3210-000 | | 300.00 | 0.00 |
| 01/25/19 | 105 | Liberty Holdings NYC, LLC | Distribution payment - Dividend paid at 100.00% of $54,302.54; Claim # LIBERTY; Filed: $54,302.54 Stopped on 01/25/2019 | 4110-005 | | -54,302.54 | 54,302.54 |
| 02/22/19 | 123 | Clerk of the Court | Distribution payment - Dividend paid at 100% of $54,302.54; Claim No. Liberty; Filed $54,302.54 | 4110-000 | | 54,302.54 | 0.00 |

Page Subtotals: **$0.00**  **$3,966.22**

*{ } Asset Reference(s)*  **UST Form 101-7-TDR ( 10 /1/2010)**  *! - transaction has not been cleared*

Case 1-16-45643-ess    Doc 74    Filed 04/23/19    Entered 04/23/19 11:01:58

Exhibit 9<br>Page: 8

# Form 2
# Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-45643-ESS | **Trustee Name:** | Lori Lapin Jones (521860) | |
| **Case Name:** | REALTY & SERVICES GROUP INC. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***2137 | **Account #:** | ******9503 SALE DEPOSIt | |
| **For Period Ending:** | 04/07/2019 | **Blanket Bond (per case limit):** | $47,747,648.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | **1,270,974.46** | **1,270,974.46** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 40,640.86 | 0.00 | |
| | | | **Subtotal** | | **1,230,333.60** | **1,270,974.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,230,333.60** | **$1,270,974.46** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 9

# Form 2
## Cash Receipts And Disbursements Record

**Case No.:** 16-45643-ESS  
**Case Name:** REALTY & SERVICES GROUP INC.  
**Taxpayer ID #:** **-***2137  
**For Period Ending:** 04/07/2019  

**Trustee Name:** Lori Lapin Jones (521860)  
**Bank Name:** Rabobank, N.A.  
**Account #:** ******9503 SALE DEPOSIt  
**Blanket Bond (per case limit):** $47,747,648.00  
**Separate Bond (if applicable):** N/A  

| | |
|---|---:|
| Net Receipts: | $1,295,196.08 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,295,196.08 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9500 Checking - Security Deposits | $0.00 | $0.00 | $0.00 |
| ******9501 Turnover of DIP funds | $8,683.00 | $7,747.59 | $0.00 |
| ******9502 RENTS | $56,179.48 | $16,474.03 | $0.00 |
| ******9503 SALE DEPOSIt | $1,230,333.60 | $1,270,974.46 | $0.00 |
| | **$1,295,196.08** | **$1,295,196.08** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**